# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Jose Eduardo Garcia,

    Defendant.

Case No. 19CR3051-JM

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- ☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- ☐ the Court has dismissed the case for unnecessary delay; or
- ☒ the Court has granted the motion of the Government for dismissal, without prejudice; or
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal; or
- ☐ a jury has been waived, and the Court has found the defendant not guilty; or
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Methamphetamine (Felony)

Dated: 2/6/2020

Hon. Karen S. Crawford
United States District Judge

FILED
FEB 0 6 2020